IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KAREN L. FENIMORE,**

**Plaintiff,**

**v.**

**CAROLYN COLVIN,**
**COMMISSIONER OF SOCIAL SECURITY,**

**Respondent.**                              No. 12-cv-00229-DRH-CJP

## MEMORANDUM AND ORDER

**HERNDON, Chief Judge:**

On March 13, 2012, Karen Fenimore filed a complaint against the Commissioner of Social Security,[1] for judicial review of an administrative agency's decision (Doc. 3). Specifically, Barnett seeks judicial review of the Commissioner's decision regarding a denial of a period of disability, disability insurance benefits ("DIB"), and supplemental security income ("SSI").

On April 19, 2013, pursuant to 28 U.S.C. § 636(b)(1)(B), United States Magistrate Judge Clifford J. Proud submitted a Report and Recommendation ("R&R") finding that the Administrative Law Judge committed no errors of law and that his findings were supported by substantial evidence. Accordingly, Magistrate Judge Proud recommended that the Court affirm the final decision of

---

[1] Carolyn Colvin was named Acting Commissioner of Social Security on February 14, 2013. She is automatically substituted as defendant in this case. *See* Fed. R. Civ. P. 25(d); 42 U.S.C. § 405(g) ("Any action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office.").

the Commissioner of Social Security denying Fenimore's applications for DIB and SSI.

The R&R was sent to the parties with a notice informing them of their right to appeal by way of filing "objections" by May 6, 2013. To date, none of the parties have filed objections, and the period in which to file objections has expired. Therefore, pursuant to 28 U.S.C. § 636(b), this Court need not conduct *de novo* review. *Thomas v. Arn*, 474 U.S. 140, 149-52 (1985).

Thus. the Court **ADOPTS** the R&R in its entirety (Doc. 23). The Court **AFFIRMS** the Commissioner's decision and **DISMISSES with prejudice** the complaint.

**IT IS SO ORDERED.**

Signed this 22nd day of August, 2013.

David R. Herndon
2013.08.22
14:26:21 -05'00'

**Chief Judge
United States District Court**