UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

**KAREN L. FENIMORE**,

    Plaintiff,

v.

**CAROLYN COLVIN**,
*Commissioner of Social Security,*

    Defendant.                                No. 12-cv-229-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   This matter is before the court on Report and Recommendation from United States Magistrate Judge Clifford J. Proud.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on August 22, 2013, the Report and Recommendation is ADOPTED in its entirety.  The Commissioner's final decision is AFFIRMED and the complaint is DISMISSED with prejudice.

                                                NANCY J. ROSENSTENGEL,
                                                CLERK OF COURT


                                                BY:   */s/Sara Jennings*
                                                          **Deputy Clerk**

Dated:   August 26, 2013

                          Digitally signed by
                          David R. Herndon
                          Date: 2013.08.26
                          11:53:22 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT